# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D19-1157
_____

SHARON RENEE ROGERS, Former
Wife, (now known as Sharon
Renee Smith),

    Appellant,

    v.

THOMAS AARON ROGERS, Former
Husband,

    Appellee.

_____

On appeal from the Circuit Court for Alachua County.
Robert K. Groeb, Judge.

October 17, 2019

PER CURIAM.

    AFFIRMED.

LEWIS, WINOKUR, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____


Taren L. Delisle of Taren Delisle, P.A., Gainesville, for Appellant.

William Falik of William Falik, P.A., Gainesville, for Appellee.